# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
No. 20-0342V
UNPUBLISHED

| | |
|---|---|
| DONNA LEEP,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Chief Special Master Corcoran<br><br>Filed: July 19, 2021<br><br>Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Influenza (Flu) Vaccine;<br>Shoulder Injury Related to Vaccine<br>Administration (SIRVA) |

*Leigh Finfer, Muller Brazil, LLP, Dresher, PA,* for petitioner.

*Althea Walker Davis, U.S. Department of Justice, Washington, DC,* for respondent.

**RULING ON ENTITLEMENT**[1]

On March 25, 2020, Donna Leep filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that that she received an influenza ("flu") vaccination in her left deltoid on October 11, 2018, resulting in a shoulder injury related to vaccine administration (SIRVA) as defined in the Vaccine Injury Table. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 14, 2021, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent has determined that Petitioner has satisfied the criteria set forth in the Vaccine Injury Table and the Qualifications and Aids to Interpretation for SIRVA

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

due to an intramuscular flu vaccination. *Id.* at 8. Respondent further agrees that the record shows that Petitioner had no relevant history of pain, inflammation, or dysfunction in her left shoulder prior to vaccination; that Petitioner's pain and reduced range of motion occurred within 48 hours of receipt of an intramuscular vaccination; that Petitioner's symptoms were limited to the shoulder in which the vaccine was administered; and that no other condition or abnormality was identified to explain Petitioner's symptoms. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

>                          s/Brian H. Corcoran
>                          Brian H. Corcoran
>                          Chief Special Master